WDH: RCC/RMR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| - against - | Cr. No. <u>26-CR-00172-FB</u> |
| | (T. 16, U.S.C., §§ 3372(d)(1) and |
| LIHUA "OWEN" MA, | 3373(d)(3)(A)(i), and T. 18, U.S.C., § |
| | 2) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## INTRODUCTION

**The Principal Deputy Assistant Attorney General Charges That:**

At all times relevant to this Information:

### I.   The Defendant

1.     The defendant, LIHUA "OWEN" MA, was a resident of Staten Island, New York.

### II.   Federal Law Relating to Trafficking in Wildlife

2.     The Lacey Act regulated the trafficking and labeling of wildlife, fish, and plants. The Lacey Act made it unlawful to knowingly "make or submit any false record, account, or label for, or any false identification of, any fish, wildlife, or plant which has been, or is intended to be… imported, exported, transported, sold, purchased, or received from any foreign country." 16 U.S.C. §§ 3372(d)(1), 3373(d)(3)(A)(i).

### III.   Turtles Species

3.     The eastern box turtle (*Terrapene carolina carolina*), the Florida box turtle (*Terrapene carolina bauri*), the Gulf Coast box turtle (*Terrapene carolina major*), and the three-

toed box turtle (*Terrapene carolina triunguis*) were subspecies of the common box turtle (*Terrapene carolina*).

4. The eastern box turtle was native to forested regions of the eastern United States, including New York, with some isolated populations in the Midwest. The Florida box turtle was native to eastern and southern Florida, and the Gulf Coast box turtle was native to the panhandle of Florida and southern areas of Alabama, Mississippi, and Louisiana. Three-toed box turtles typically had three toes on their hind legs and were found native to woodlands and grasslands in the central and southern United States.

5. The western box turtle (*Terrapene ornata*) was found in Texas, Oklahoma, Kansas, Nebraska, Colorado and parts of New Mexico and Arizona.

6. Common and western box turtles typically reached between four to seven inches and could live more than 100 years. The turtles had a domed shell that could display radiated lines or spots. Turtles with colorful yellow, orange, and red markings were especially prized in the domestic and foreign pet trade, particularly in China and Hong Kong.

## COUNT 1
### (Lacey Act False Labeling)

**The Principal Deputy Assistant Attorney General Further Charges That:**

7. The Introductory Allegations of this Information are incorporated by reference and re-alleged as if fully set forth herein.

8. From on or about May 25, 2021, to on or about May 5, 2023, within the Eastern District of New York, and elsewhere, the defendant, LIHUA "OWEN" MA, did knowingly make and submit, and cause to be made and submitted, a false record, account, label for, and a false identification of wildlife, to wit: Eastern box turtles, Florida box turtles, Gulf Coast

box turtles, three-toed box turtles, and western box turtles, that were exported and intended to be exported.

(Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i); Title 18, United States Code, Section 2).

_____

ADAM R.F. GUSTAFSON
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION